1907. Dismissed with costs, per stipulation. *Mr. Charles F. Ainsworth, Mr. John F. Dillon* and *Mr. Harry Hubbard* for appellant. *Mr. Roy S. Goodrich* and *Mr. Walter Bennett* for appellees.

---

No. 52. GEORGE W. CROSSMAN ET AL., PLAINTIFFS IN ERROR, *v.* GEORGE R. BIDWELL. In error to the Circuit Court of the United States for the Southern District of New York. February 4, 1907. Dismissed with costs, on motion of *Mr. Solicitor-General Hoyt* in behalf of counsel for the plaintiffs in error. *Mr. W. Wickham Smith* for plaintiffs in error. *The Attorney General* for defendant in error.

---

No. 353. ADRIAN C. HONORÉ, EXECUTOR, ETC., ET AL., PLAINTIFFS IN ERROR, *v.* WILLIAM C. WILSON, AS ACTING COMPTROLLER OF THE STATE OF NEW YORK. In error to the Surrogates' Court of New York County, State of New York. February 4, 1907. Dismissed, per stipulation. *Mr. Charles K. Carpenter* for plaintiffs in error. *Mr. Emmet R. Olcott* for defendant in error.